1  CURTIS W. BERNER (State Bar No. 50116)
   524 Midcrest Road
2  Oakland CA 94610

3  Telephone: (510) 452-5300
   Facsimile: (510) 452-5302
4  Email: cberner@sbcglobal.net

5  Attorney for Plaintiff
   Violet E. Spraings

6                          UNITED STATES DISTRICT COURT

7                          NORTHERN DISTRICT OF CALIFORNIA

8                                  OAKLAND DIVISION

9

10 VIOLET E. SPRAINGS,                )
                                      )  CIVIL ACTION NO.
11         Plaintiff,                 )
                                      )  **COMPLAINT**
12         v.                         )
                                      )
13 UNITED STATES OF AMERICA,          )
                                      )
14                                    )
           Defendant.                 )
15                                    )
                                      )
16 _____     )

17         Plaintiff, VIOLET E. SPRAINGS, alleges as follows:

18                                   JURISDICTION

19         1. This is an action for refund of a Trust Fund Recovery Penalty ("TFRP") and interest

20 erroneously assessed and collected by Defendant. Jurisdiction is conferred on this Court by Title

21 28, United States Code, Section 1346(a)(1) and by Title 26, United States Code, Section 7422.

22                                      PARTIES

23         2. Plaintiff is an individual residing at 170 Glorietta Blvd., Orinda, California 94563, in

24 the County of Contra Costa.

25         3. Defendant is the United States of America.

26 /////

COMPLAINT                           -1-

CLAIM FOR RELIEF

4. The refund of the TFRP and interest relates to Federal employment taxes allegedly owed but unpaid by Spraings Academy (the "Academy") (EIN 68-0106035) for the tax period ended September 30, 2000. The Academy did in fact timely file Form 941 for the tax period ended September 30, 2000, and the Academy made Federal employment tax deposits in the amount of $11,203.76. Of that amount, $8,055.00 was to be applied to trust fund liabilities per the payroll records, and the balance was to be applied to non-trust fund liabilities. The Academy's total Federal employment tax liability for the tax period ended September 30, 2000, was $27,095.71; this was reduced to $26,280.48 by the payment of $815.23; the excess of the $26,280.48 over the $11,203.76, or $15,076.72, was subsequently paid and is not at in issue in this action. However, the Federal employment tax deposits which were made by the Academy were not properly apportioned. Payroll records reflecting the proper apportionment of the Academy's Federal employment tax deposits are attached hereto collectively as Exhibit A. Page 4 of Form 4183, a true and correct copy of which is attached hereto as Exhibit B, reflects that the sum of $10,388.53 of the $11,203.76 paid was erroneously applied to non-trust fund liabilities and only $815.23 was applied to trust fund liabilities; the correct amount of the Academy's trust fund liabilities ($8,055.00) in excess of the $815.23 which was applied to the Academy's trust fund liabilities, or $7,239.76 (rounded to $7,240.00), is the amount of the TFRP for which the Plaintiff claimed her refund.

5. Defendant caused Plaintiff to involuntarily pay the full amount of the TFRP erroneously alleged by Defendant.

6. Defendant assessed the TFRP in the amount of $7,240.00 against Plaintiff under Title 26, United States Code, Section 6672, as a responsible person for the trust fund portion of the portion of the Federal employment tax liability, together with interest, of the Academy for the tax period ended September 30, 2000, represented by the Academy's Federal employment tax deposits which were made.

7. On April 4, 2006, Plaintiff paid the full amount of the TFRP - $7,240.00 - together with interest in the amount of approximately $1,900.00 from the date of assessment to the date of payment.

8. On May 28, 2006, Plaintiff filed Form 843, "Claim for Refund and Request for Abatement", with the Internal Revenue Service claiming a refund of the TFRP in the amount of $7,240.00 together with interest. A true and correct copy of the Form 843 is attached hereto as Exhibit C.

9. By notice of disallowance dated September 12, 2006, the Internal Revenue Service notified Plaintiff that the Internal Revenue Service had disallowed in full the claim for refund. A true and correct copy of the notice of disallowance is attached hereto as Exhibit D. However, the notice of disallowance erroneously reflects that the amount of the claim disallowed was $33,189.96, the total amount of the Academy's employment tax for the tax period ended September 30, 2000, together with interest, instead of the amount for which the claim for refund was made - $7,240.00 together with interest (a total of $9,140.00).

10. As grounds for recovery, Plaintiff hereby incorporates by reference the facts and grounds contained in Plaintiff's claim for refund (Exhibit B).

11. The assessment and collection of the TFRP and interest was erroneous and illegal.

12. Plaintiff is the sole and absolute owner of the claim stated herein and has made no transfer of assignment of any part hereof.

13. Plaintiff is entitled to a refund of the TFRP, the interest assessed and paid, with interest.

WHEREFORE, Plaintiff prays for judgment against the United States of America in the amopunts collected by the Defendant for the TFRP and interest thereon as follows:

1. TFRP in the amount of $7,240.00;

2. Interest assessed and collected in the amopunt of $1,900.00; and

3. Statutory interest thereon as provided by law and such other and further relief,

COMPLAINT                                   -3-

1 | including reimbursement of attorneys fees and other costs, as may be just and proper.

2

3 | Dated: January ___, 2008

_____
Curtis W. Berner

Attorney for Plaintiff Violet E. Spraings