JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIOLET E. SPRAINGS,               )<br>                                                  )<br>             Plaintiff,                    )<br>                                                  )<br>      v.                                       )<br>                                                  )<br> UNITED STATES OF AMERICA, )<br>                                                  )<br>             Defendant.                 )<br>_____)  | Case No. 08-00783-WHA<br><br>**UNITED STATES' ANSWER** |

     COMES NOW the United States of America, by and through their undersigned counsel, and answers the Plaintiff's Complaint as follows:

     1.     Admits.

     2.     Admits.

     3.     Admits.

     4.     Paragraph 4 of the Complaint does not require a response because the allegations are not simple, concise and direct averments are required by Rule 8 of the Fed.R.Civ.P. To the extent that a response is required, Defendant denies the allegations in paragraph 4, except to admit that the Form 941 for the quarter ended September 30, 2006 was timely filed; that the Academy made federal tax deposits of $11,20376.

5. Denied.

6. Denied.

7. Denied. Alleges that the trust fund recovery penalty assessed against Violet Spraings has been fully paid.

8. Denies. Alleges that the Form 843 was received by the IRS on or about June 2, 2006.

9. Admits the first sentence in paragraph 9 as it relates to the quarter ended September 30, 2006. Admits the second sentence of paragraph 9.

10. The allegations in paragraph 10 do not require a response. To the extent that a response is required, Defendant denies.

11. Denies.

12. Lacks knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph 12.

13. Denies.

WHEREFORE, the United States having fully answered the Plaintiff's Complaint prays as follows:

1. That the Court deny the relief requested by the plaintiff in the Complaint;

2. That the court award to the United States its costs of suit herein together with such other and further relief as the court deems just and equitable in the premises.

Respectfully submitted,

JOSEPH RUSSONIELLO
United States Attorney

Dated: April 2, 2008        /s/ Cynthia Stier
                            CYNTHIA STIER
                            Assistant U.S. Attorney
                            Attorneys for the Defendant

US Answer to Complaint,
*Violet E. Spraings v. US,*
Case No. 08-00783-WHA              2