1   JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
3   Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
4   Assistant United States Attorney
 9th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
6    Telephone: (415) 436-7000

7   Attorneys for the United States of America

8

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13   VIOLET E. SPRAINGS,              )
                                      )   Case No.  08-00783-WHA
14                  Plaintiff,        )
                                      )
15         v.                         )   **JOINT CASE MANAGEMENT**
                                      )   **STATEMENT**
16   UNITED STATES OF AMERICA,        )
                                      )   **Date:   May 8, 2008**
17                  Defendant.        )   **Time:  11:00a.m.**
     ─────────────────────────────    )   **Place: Federal Building,**
18                                    )   **        19th Floor, Courtroom 9**
                                      )
19                                    )

20       Plaintiff, Violet Spraings, and Defendant United States of America, on behalf of its agency

21   the Internal Revenue Service, submit this Joint Case Management Statement and Proposed Order

22   and request the Court to adopt it as its Case Management Order in this case.

23                       **DESCRIPTION OF THE CASE**

24   1.   **A brief description of the events underlying the action:**

25   a.   **Plaintiff**

26       Plaintiff filed this action seeking to recover $7,240, plus statutory interest, paid toward

27

28   Joint Case Management
     Statement and [proposed] Order,
     C:08-

the trust fund recovery penalty assessment made pursuant to 26 U.S.C. §6672 against the Plaintiff.  The trust fund penalty relates to trust fund portion of the employment tax liability of Spraing Academy.  Plaintiff contends that the trust fund deposits for the September 2000 quarter were intended to be applied to the trust fund portion of the taxes.

    **b.**  **Defendant**

       The United States contends that it is not possible to "designate" a federal tax deposit against a particular portion of the liability, that the deposit is simply credited to the tax and tax period stated on the deposit card.

    **2.**  **The principal factual issues which the parties dispute:**

       Defendants are not aware of any factual disputes.

    **3.**  **The principal legal issues which the parties dispute:**

       Whether the federal tax deposits at issue were designated payments to the trust fund recovery penalty assessed against the Plaintiff?

    **4.**  **The other factual issues [*e.g. service of process, personal jurisdiction, subject matter jurisdiction or venue*] which remain unresolved for the reason stated below and how the parties propose to resolve those issues:**

       None.

    **5.**  **The parties which have not been served and the reasons:**

       None.

    **6.**  **The additional parties which the below-specified parties intend to join and the intended time frame for such joinder:**

       None.

    **7.**  **The following parties consent to assignment of this case to a United States Magistrate Judge for *[court or jury]* trial:**

    **a.**  **Plaintiff**

    Plaintiff does not consent.

    **b.**  **Defendant**

Joint Case Management
Statement and [proposed] Order,
C:08-

Defendant does not consent to assignment to a US Magistrate for trial.

## ALTERNATIVE DISPUTE RESOLUTION

**8.      Please indicate the appropriate responses.**

☐      **The case was automatically assigned to Nonbinding Arbitration at filing and will be ready for the hearing by** (date) _____**.**

Not applicable.

☐      **The parties have filed a Stipulation and Proposed Order Selecting an ADR Process** (specify process)**:** _____**.**

Not applicable.

☐      **The parties filed a Notice of Need for ADR Phone Conference and the phone conference was held on or is scheduled for** _____**.**

Not applicable.

☐      **The parties have not filed a Stipulation and Proposed Order Selecting an ADR Process and the ADR process that the parties joint request** [or a party separately requests] **is** _____**.**

Not applicable.

**9.  Please indicate any other information regarding ADR process or deadline.**

**a.  Parties**

The parties believe this case can be resolved by summary judgment. Accordingly, they do not believe that assignment to an ADR process at this time would be appropriate.

## DISCLOSURES

**10.      The parties certify that they have made the following disclosures** [list disclosures of persons, documents, damage computations and insurance agreements]:

The parties agree that disclosures are not necessary in this case.

## DISCOVERY

**11.      The parties agree to the following discovery plan** [Describe the plan e.g., any limitation on the number, duration or subject matter for various kinds of discovery; discovery

Joint Case Management
Statement and [proposed] Order,
C:08-

1   from experts; deadlines for completing discovery]**:**

2       a.  **Parties**

3           The parties would like to have a four month discovery period for written discovery and

4   depositions.

5                                   **TRIAL SCHEDULE**

6       12.         **The parties request a trial date as follows:**

7           The parties do not request a trial date at this time as they intend to file cross motions for

8   summary judgment.

9       13.         **The parties expect that the trial will last for the following number of days:**

10          Not applicable at this time.

11                                      Respectfully submitted,

12                                      JOSEPH P. RUSSONIELLO (CSBN 44332)
                                        United States Attorney
13

14  Dated: _April 30, 2008_ :    _        _/s/ Cynthia Stier_
                                        CYNTHIA STIER
15                                      Assistant U.S. Attorney

16                                      Attorneys for the United States of America

17  Dated: _April 30, 2008_ :    _        _/s/_____
                                        CURTIS W. BERNER
18                                      Counsel for Plaintiff

19

                                **CASE MANAGEMENT ORDER**
20

21          The Case Management Statement and Proposed Order is hereby adopted by the Court as

    the Case Management Order for the case and the parties are ordered to comply with this Order.
22
    In addition the Court orders:
23

24

25

26

27

28  Joint Case Management
    Statement and [proposed] Order,
    C:08-

1  Dated:_____

2

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Case Management
Statement and [proposed] Order,
C:08-