**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 8, 2008

Case No.  C 08-00783 WHA

Title: VIOLET SPRAINGS v. USA

Plaintiff Attorneys: n/a

Defense Attorneys: Cindy Stier

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   CMC - HELD

2)   

Continued to __ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**

Defendant advised the Court that plaintiff's counsel is sick.  Parties have agreed to a four month schedule for discovery and filing motion for summary judgment.  Court will issue an order setting a deadline and a trial date.