JOSEPH RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
9th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VIOLET E. SPRAINGS, | ) | |
|---|---|---|
| | ) | Case No. 08-00783-WHA |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATED REQUEST FOR DISMISSAL AND [PROPOSED] ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED**

by and between the United States of America, and defendant, Violet E. Spraings, as reflected by

//
//
//
//
//
//
//
//
//

1  the signatures of their respective counsel as set forth below, that this case be dismissed, with
2  prejudice as the parties have entered into a settlement which resolves the case in its entirety.

Respectfully submitted,

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

Dated: 10/23/08:  /s/ Cynthia Stier
CYNTHIA STIER
Assistant U.S. Attorney

Attorneys for the United States of America

Dated: 10/15/08:  /s/ Curtis W.Berner
CURTIS W. BERNER
Counsel for Plaintiff

**SO ORDERED**:

Dated: October 27, 2008

THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge William Alsup

Spraings v. US,
Case No.  08-00783-WHA
Stipulated Request for Dismissal
and [proposed] Order                    2